UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROSSANA ROSADO, in her official capacity as New York Secretary of State, BASIL SEGGOS, in his official capacity as Commissioner of the New York State Department of Environmental Conservation, and the STATE OF NEW YORK

                    Plaintiffs,

TOWN OF SOUTHOLD, NEW YORK, COUNTY OF SUFFOLK, NEW YORK,

                    Plaintiffs-Intervenors

         – against –

ANDREW WHEELER, in his official capacity as Acting Administrator of the United States Environmental Protection Agency, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

                  Defendants,

CONNECTICUT DEPARTMENT OF ENERGY & ENVIRONMENTAL PROTECTION,

                  Defendant-Intervenor.

-------------------------------------------------------------------X

Docket No. 17-cv-04843-ERK-RLM

**NOTICE OF APPEARANCE**

       TAKE NOTICE, the undersigned hereby appears in the above-captioned action on behalf of the TOWN OF SOUTHOLD, NEW YORK.

Dated: September 18, 2020

                                          Respectfully submitted,

                                          DEVITT SPELLMAN BARRETT, LLP

                                          */s/ Scott Kreppein*
                                          _____
                                          By: Scott J. Kreppein
                                          50 Route 111, Suite 314
                                          Smithtown, NY 11787
                                          Phone: 631-724-8833